IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:21cr63 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| vs. | : | |
| KEONTAE BROWN, | : | |
| Defendant. | : | |

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 6/1/2021 |
| Jury Trial Date | 8/2/2021 |
| Final Pretrial Conference (by telephone) | Monday, 7/26/2021 at 5:00 pm |
| Motion Filing Deadline | |
|     Oral and Evidentiary Motions | 7/6/2021 |
|     Other Motions | 7/13/2021 |
| Discovery Cut-off | 7/13/2021 |
| Speedy Trial Deadline | 8/2/2021 |
| Discovery out – Plaintiff to Defendant | done |

June 2, 2021

*/s/ Walter H. Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE